**COURTROOM MINUTE SHEET**

DATE _____ 3-6-19 _____

CIVIL NO. ___ CIV-17-383 ___ –F

Robert H. Braver, for himself and all individuals similarly situated
-vs-
Northstar Alarm Services, LLC, et al.

COMMENCED ___ 2:30 ___   ENDED ___ 4:00 ___   TOTAL TIME ___ 1 hr. 30 min. _____

PROCEEDINGS _____ Hearing on motion to stay _____

JUDGE STEPHEN P. FRIOT   DEPUTY LORI GRAY   REPORTER TRACY THOMPSON

PLF COUNSEL _____ Paul Catalano _____

DFT NORTHSTAR COUNSEL ___ Stephen Freeland, Brian Matula _____

DFT YODEL COUNSEL _____ Anne Zachritz _____

Defendant Yodel Technologies, LLC's Motion for Joinder in Northstar's Motion to Stay Pending Declaratory Ruling of the Federal Communications Commission (doc. no. 92) is **GRANTED**.

The court hears arguments of counsel.

Defendant Northstar Alarm Services, LLC's Motion to Stay Pending Declaratory Ruling of the Federal Communications Commission (doc. no. 88) is **DENIED**, for the reasons set forth in detail on the record.

17-0383x004.docx