# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ROBERT H. BRAVER, for himself and all individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1. NORTHSTAR ALARM SERVICES, LLC, a Utah Limited Liability Company,<br>2. YODEL TECHNOLOGIES, and<br>3. DOES 2-10, UNKNOWN INDIVIDUALS,<br><br>Defendants. | Case No. 5:17-cv-00383-F |

## ORDER GRANTING JOINT MOTION TO EXTEND NOTICE DEADLINE

Comes on for the Court's consideration the Joint Motion [Dkt 109] of Plaintiff, Robert Braver, Defendant Northstar Alarm Services, LLC, and Defendant Yodel Technologies to extend the deadline for Notice to the class by seven days.

The Court finds that the motion should be and is hereby **GRANTED**. The deadline for Notice to issue to the class is extended to April 9, 2019.

**IT IS SO ORDERED** this 29th day of March, 2019.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0383p023.PO.docx