# COURTROOM MINUTE SHEET

DATE     11-2-2020

CIVIL NO.     CIV-17-383     –F

Robert H. Braver, for himself and all individuals similarly situated
-vs-
Northstar Alarm Services, LLC, et al.

COMMENCED     1:30     ENDED     1:55     TOTAL TIME     25 min.

PROCEEDINGS     Telephonic Final Approval Hearing

JUDGE STEPHEN P. FRIOT     DEPUTY LORI GRAY     REPORTER TRACY THOMPSON

PLF COUNSEL     Tim Sostrin, David Humphreys, Luke Wallace, Keith Keogh

DFT NORTHSTAR COUNSEL     Daniel Blynn (lead), Stephen Freeland, Brian Matula

Plaintiff Robert Braver appears telephonically. NorthStar representative Jared Parrish Noble appears telephonically.

Counsel for the plaintiff and NorthStar advise the court that they are not aware of any objections, or any intent to object, to the settlement.

The court **APPROVES** the settlement. Plaintiff's Unopposed Motion for Final Approval of Class Settlement (doc. no. 265) is **GRANTED**. The court will enter a written order.

Regarding Defendant NorthStar Alarm Services, LLC's Proposal as to Settlement *Cy Pres* Beneficiary (doc. no. 264), the court has a colloquy with attorney Keith Keogh. The court hears argument from counsel for NorthStar. The court **DETERMINES** that the *cy pres* beneficiary shall be the National Consumer Law Center.

Plaintiff's Motion for Attorneys' Fees, Costs, and Incentive Award (doc. no. 255) is **GRANTED**. The court advises counsel of its ruling as to amounts, which will be set forth in a written order.

Plaintiff's Motion to Exclude Expert Testimony of David Kalat (doc. no. 118) is **STRICKEN AS MOOT**.

Defendant NorthStar's Motion for Reduction of Excessive Damages (doc. no. 161) is **STRICKEN AS MOOT**.

The parties advise the court that an agreement has been reached with Yodel, but the agreement must be approved by the bankruptcy court. The parties anticipate submitting closing papers as to Yodel in approximately 60 days. If closing papers as to Yodel have not been received by mid-January, the court will enter a bankruptcy administrative closing order.

17-0383x015.docx