IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT H. BRAVER, for himself and all individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSTAR ALARM SERVICES, LLC, a Utah Limited Liability Company, YODEL TECHNOLOGIES, and DOES 2-10, UNKNOWN INDIVIDUALS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-17-0383-F<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

The Court having held a Final Approval Hearing on November 2, 2020, notice of the hearing having been duly given in accordance with this Court's Order (1) Preliminarily Approving Class Action Settlement, (2) Approving Notice Plan and (3) Setting Final Approval Hearing (the "Preliminary Approval Order"), and having considered all matters submitted to it at the Final Approval Hearing and otherwise, and finding no just reason for delay in entry of this Final Judgment as to claims asserted against defendant NorthStar Alarm Services, LLC ("NorthStar") only, it is hereby ORDERED as follows:

1. The claims asserted against NorthStar are hereby Dismissed with Prejudice. The claims asserted against defendant Yodel Technologies, LLC ("Yodel") remain pending;

2. Plaintiff, NorthStar, and the Claims Administrator are to effectuate the Settlement Agreement according to its terms;

1

3. Attorney fees and costs are awarded to Class Counsel in the amount of $685,923.71 to be distributed by the Claims Administrator from the settlement fund.

4. An incentive award is awarded to named Plaintiff Robert Braver, in the amount of $20,000 to be distributed by the Claims Administrator from the settlement fund.

5. Pursuant to the Parties' Agreement, NorthStar is hereby enjoined from initiating any telephone call to any telephone line that delivers a prerecorded message and/or using soundboard technology to deliver a prerecorded message where the principal purpose of the telephone call is advertising or marketing NorthStar's products or services, unless the called party has provided prior express written consent to receive such calls. Any telephone call initiated by NorthStar in response to an alarm signal, life safety device signal, PERS signal, tamper signal, communication failure alert, or a telephone call initiated by NorthStar for the purpose of emergency verification or other similar purpose is excluded from this injunction.

Based upon the Court's finding that there is no just reason for delay of enforcement or appeal of this Order and Final Judgment notwithstanding the claims remaining against defendant Yodel and notwithstanding the Court's retention of jurisdiction to oversee implementation and enforcement of the Settlement Agreement, the Court directs the Clerk to enter final judgment as to claims asserted against defendant NorthStar Alarm Services, LLC only pursuant to Rule 54(b).

DATED this 3rd day of November, 2020.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0383p077.docx