# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT H. BRAVER, for himself and all individuals similarly situated, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>NORTHSTAR ALARM SERVICES, LLC, a Utah Limited Liability Company, and YODEL TECHNOLOGIES, LLC, )<br>)<br>Defendants. ) | Case No. CIV-17-383-F |

## **ADMINISTRATIVE CLOSING ORDER**

Pursuant to the court being advised by counsel for defendant Yodel Technologies, LLC of the filing of a petition in bankruptcy by the said defendant, and judgment having been entered as to claims asserted against defendant NorthStar Alarm Services, LLC, it is hereby **ORDERED** that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation, within ten (10) days after the termination of the bankruptcy proceeding as to Yodel Technologies, LLC.

The parties are further notified that the administrative termination of this action shall in no way affect any applicable statute of limitations, provided that this action was originally filed within the proper time.

IT IS SO ORDERED this 19th day of January, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0383p078.docx